UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SEDRICK LUMAR PIERRE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.  02-0718 (EGS) Document No.    None |
| DEPARTMENT OF JUSTICE *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

MEMORANDUM

Pursuant to the Order of January 26, 2007, defendant has clarified the record regarding the scope of the Bureau of Prisons' search for records responsive to plaintiff's Freedom of Information Act request.  *See* accompanying Mem. Op. at 3-4, 7 (deferring ruling pending record supplementation).  Elizabeth Brown avers that she "made several searches [for Lt. Beckwith's investigative reports] dated December 31, 1992 and forward," but located no responsive records.  Def.'s Supp. Res., Declaration of Elizabeth Brown ¶ 3 [Dkt. No. 73].  Based on this declaration and the previous rulings issued herein, the Court will now enter judgment for defendants on all claims.[1]

SIGNED:    EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: February 28, 2007

---

[1] A separate Order accompanies this Memorandum.